IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:05CV273

| | |
|---|---|
| LYLE FRONING, | |
| Plaintiff, | |
| Vs. | **JUDGMENT** |
| TOYOTA MOTOR SALES, U.S.A., INC., | |
| Defendant. | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: October 2, 2006

Lacy H. Thornburg
United States District Judge